UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

CAVIN DEON MADISON,

        Petitioner,

v.

RANDEE REWERTS,

        Respondent.

_____/

Case No. 1:20-cv-531

Honorable Paul L Maloney

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's request for preliminary injunctive relief is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:   August 4, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge