UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CAVIN DEON MADISON,

        Petitioner,               Case No. 1:20-cv-531

v.                                     Honorable Paul L. Maloney

RANDEE REWERTS,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated: August 4, 2020                        /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge